# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
## CRIMINAL MOTION HEARING MINUTES

United States of America,

        Plaintiff,

v.

Gregroy Devon Easley,
*aka Gregory Devon Easley*,

        Defendant.

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 23-cr-93-KMM-DJF |
| Date: | May 11, 2023 |
| Court Reporter: | Brittany |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Start Time: | 9:00 am |
| End Time: | 10:45 am |
| Time in Court: | 1:45 Min. |
| Minutes Hrng Type: | Evidentiary |

**APPEARANCES**:

For Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney;

For Defendant: Robert D. Richman.

Interpreter / Language:     N/A

Motion Hearing is **CONTINUED** to date to be determined.

Additional Information: Government Exhibits 1-9 were admitted into evidence. Defendant Exhibits 3-6 were admitted into evidence.

                                                    s/Jesse Calo
                                                    Signature of Law Clerk